LEVIN H. CAMPBELL, Senior Circuit Judge
(concurring).
I wish only to emphasize the panel’s express holding in its preceding opinion that it does not resolve (and I would understand, does not signal any preference relative to) the question of whether non-pecuniary emotional distress damages of more than $1,000 may be recovered under the rubric of “actual damages.” Whatever the arguments favoring such damages, as set out in the court’s opinion, one must also wrestle with the difficult question whether and where Congress has provided “an unequivocal textual waiver of the Government’s immunity,” necessary before such damages can be recognized and allowed by the courts. United States v. Nordic Village, Inc., 503 U.S. 30, 39, 112 S.Ct. 1011, 117 L.Ed.2d 181 (1992); see also Lane v. Pena, 518 U.S. 187, 192, 116 S.Ct. 2092, 135 L.Ed.2d 486 (1996). This issue awaits another day.